IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Respondent,                      No. CR S-97-0574 GEB DAD P

    vs.

ABDEL RAZZAQ M. DAAS,

        Movant.                        <u>ORDER TO SHOW CAUSE</u>

_____/

        Movant is a federal prisoner represented by counsel on a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. On March 16, 2005, respondent filed a motion to dismiss the § 2255 motion.[1] By order filed March 23, 2005, movant was ordered to file and serve his opposition to respondent's motion to dismiss within thirty days. The thirty-day period has expired, and movant has not filed opposition to the motion or requested an extension of time to do so.

        IT IS HEREBY ORDERED that movant shall, within fifteen days from the date of this order, file and serve a declaration showing good cause for his failure to file and serve timely

---

[1] On March 17, 2005, respondent filed a certificate of service by mail reflecting that a copy of the motion to dismiss was placed in the mail to movant's attorney at his address of record on March 17, 2005.

1

opposition to respondent's motion to dismiss. The declaration shall be accompanied by movant's opposition or a statement of non-opposition to the motion to dismiss. Failure to respond to this order within fifteen days will result in a recommendation that respondent's March 16, 2005 motion to dismiss be granted for the reasons set forth in that motion.

DATED: May 24, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
daas0574.oscs